# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

PUBLIC EMPLOYEES FOR
ENVIRONMENTAL
RESPONSIBILITY and
CENTER FOR ENVIRONMENTAL
HEALTH,

      Appellant,

v.

JAMES PAYNE, as Acting
Administrator of the Environmental
Protection Agency, and
ENVIRONMENTAL PROTECTION
AGENCY,

      Appellees.

No. 24-5294

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to Circuit Rule 28(a)(1), Inhance Technologies LLC certifies that:

**A.    PARTIES**

1.    The following are parties in this Court:

    a.  <u>Plaintiff-Appellants</u>:    Public Employees for Environmental Responsibility and Center for Environmental Health

b. <u>Defendant-Appellees</u>:  James Payne, as Acting Administrator of the Environmental Protection Agency, and the Environmental Protection Agency

c. <u>Proposed Intervenor-Appellee</u>:  Inhance Technologies LLC

2. For purposes of Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Inhance Technologies LLC which have any outstanding securities in the hands of the public.

**B.   RULINGS UNDER REVIEW**

Plaintiff-Appellants appeal an order and memorandum opinion issued on December 11, 2024, by Chief Judge James Boasberg, ECF Nos. 32, 33, *Public Emps. for Env't Resp. v. Regan*, No. CV 24-2194 (JEB), 2024 WL 5075828 (D.D.C. Dec. 11, 2024).  This order and opinion granted Defendant-Appellees' Motion to Dismiss (ECF No. 14) and denied Proposed Intervenor Inhance's Motion to Intervene (ECF No. 11) as moot.

**C.   RELATED CASES**

Inhance's appeal of the District Court's denial of its intervention motion is a related case under Circuit Rule 28(a)(1)(C).

<div style="text-align: right;">
Respectfully submitted,

/s/ Catherine E. Stetson
CATHERINE E. STETSON
</div>

<div style="display: flex; justify-content: space-between;">

Dated: January 24, 2025

</div>

SUSAN M. COOK
MARLAN GOLDEN
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
cate.stetson@hoganlovells.com
susan.cook@hoganlovells.com
marlan.golden@hoganlovells.com

J. TOM BOER
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
tom.boer@hoganlovells.com

*Counsel for Inhance Technologies LLC*

**CERTIFICATE OF SERVICE**

I certify that on January 24, 2025, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

<div style="text-align: right;">
/s/ Catherine E. Stetson  
Catherine E. Stetson
</div>