**ORAL ARGUMENT NOT YET SCHEDULED**

No. 24-5294

_____

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

PUBLIC EMPLOYEES FOR ENVIRONMENTAL REPONSIBILITY, et al.
*Plaintiffs-Appellants,*

*v.*

LEE ZELDIN, in his official capacity as Administrator of the EPA, et al
*Defendants-Appellees*

INHANCE TECHNOLOGIES LLC,

*Intervenor*

_____

Appeal from the United States District Court for the District of Columbia
No. -24-cv-02194-JEB (Hon. James E. Boasberg)

_____

**UNOPPOSED MOTION OF APPELLANTS CENTER FOR ENVIRONMENTAL HEALTH AND PUBLIC EMPLOYEES FOR ENVIORNMENTAL RESPONSIBILITY TO EXTEND DEADLINE TO FILE OPENING BRIEF AND APPENDIX**

1

Pursuant to Federal Rule of Appellate Procedure ("FRAP") and 26(b) and Local Rule 25(a), appellants Center for Environmental Health ("CEH") and Public Employees for Environmental Responsibility ("PEER") file this unopposed motion to extend the date for filing their opening Brief and Appendix from June 9, 2025 to June 16, 2025.

Good cause exists for granting this extension. This case presents complex questions of statutory construction and administrative law. An additional seven days to draft appellants' opening brief would accommodate other pressing work commitments and the anticipated vacation schedule of appellants' counsel. There have been no previous extensions of briefing deadlines in this case and oral argument has not yet been scheduled.

Both the federal appellees and intervenor Inhance Technologies LLC ("Inhance") have consented to the 7 day extension requested by PEER and CEH. Thus, granting the extension request will not prejudice other parties.

As requested by Inhance, movants urge the Court to enlarge the other briefing deadlines in this case by 7 days to correspond to the enlarged deadline for filing appellants' opening Brief and Appendix.

In conclusion, the Court should grant the PEER and CEH extension motion.

Respectfully submitted,

*/s/ Robert M. Sussman*
Robert M. Sussman
SUSSMAN & ASSOCIATES

DC BAR NO. 226746
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118
bobsussman1@comcast.net
*Attorneys for Appellant Center for Environmental Health*

*/s/PaulaDinerstein*
Paula Dinerstein
General Counsel
PUBLIC EMPLOYEES FOR
ENVIRONMENTAL RESPONSIBILITY
DC BAR NO. 333971
*962 Wayne Avenue, Suite 610*
*Silver Spring, MD 20910*
*202-265-7337*
*pdinerstein@peer.org*
*Attorneys for Appellant Public Employees for Environmental Responsibility*

May 22, 2025

**CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that the foregoing Motion for Extension of Time contains 188 words, as counted by counsel's word processing system, and thus complies with the 5,200- word limit. *See* Fed. R. App. P. 27(d)(2)(A).

Further, this document complies with the typeface and type-style requirements of the Federal Rules of Appellate Procedure, 32(a)(5) and (a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 using size 14 Times New Roman font.

*/s/Robert M. Sussman*
Robert M. Sussman
*Counsel to Appellants CEH and PEER*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel o record via the Court's electronic ECF system on May 22, 2025.

*/s/Robert M. Sussman*
Robert M. Sussman
