No. 24-5294 September Term, 2024

1:24-cv-02194-JEB

Filed On: May 27, 2025 [2117652]

Public Employees for Environmental
Responsibility and Center for
Environmental Health,

      Appellants

    v.

Lee M. Zeldin, as Administrator of the
United States Environmental Protection
Agency and Environmental Protection
Agency,

      Appellees

------------------------------

Inhance Technologies LLC,
      Intervenor

# O R D E R

Upon consideration of appellants' unopposed motion for extension of time to file the opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | June 16, 2025 |
| Appendix | June 16, 2025 |
| Appellees' Brief | July 16, 2025 |
| Intervenor for Appellees' Brief | July 23, 2025 |
| Appellants' Reply Brief | August 13, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk