**U.S. Department of Justice**

Environment and Natural Resources Division

*Appellate Section*
*P.O. Box 7415*
*Ben Franklin Station*
*Washington, DC 20044*

*Telephone (202) 514-2748*
*Facsimile (202) 353-1873*

<u>*Via CM/ECF*</u>

September 22, 2025

Mr. Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave, NW
Washington, DC 20001

    Re: *Public Employees for Environmental Responsibility v. Zeldin*,
       No. 24-5294
       Availability of counsel for oral argument

Dear Mr. Cislak:

I am counsel of record for the federal defendants-appellants in this case. Pursuant to D.C. Circuit Handbook of Practice and Internal Procedures section X.D, I write to advise the Clerk's Office of my availability for oral argument.

I have conflicts with the following potential argument dates: November 26–28, 2025, December 11–16, 2025, and January 15–19, 2026. If possible, I respectfully request that oral argument not be scheduled on those dates. Thank you for your consideration.

            Sincerely,

            */s Christopher Anderson*
            Christopher Anderson
            Counsel for the Federal Defendants

cc: All counsel (via CM/ECF)