

<u>*Via CM/ECF*</u>

September 25, 2025

Mr. Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave, NW
Washington, DC 20001

    Re:    *Public Employes for Environmental Responsibility, et al v. Lee Zeldin, et al*
             No. 24-5294
             Counsels' availability for oral argument

Dear Mr. Cislak,

I write to you as counsel of record for Public Employees for Environmental Responsibility and on behalf of counsel for Center for Environmental Health, plaintiffs-appellants in this case. Pursuant to D.C. Circuit Handbook of Practice and Internal Procedures section X.D, I write to inform the Clerk's Office of our availability for oral argument.

We have conflicts on November 24-28, 2025, and respectfully request that oral arguments not be scheduled on those dates–if possible. Otherwise, we are available throughout November, December, and January. Thank you for your time and consideration.

                                          Sincerely,

                                          <u>*/s/ Paula Dinerstein*</u>

                                          PAULA DINERSTEIN
                                          Counsel for Appellant