# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-5294                                                       September Term, 2025

1:24-cv-02194-JEB

Filed On: November 10, 2025 [2144566]

Public Employees for Environmental
Responsibility and Center for
Environmental Health,

      Appellants

    v.

Lee M. Zeldin, as Administrator of the
United States Environmental Protection
Agency and Environmental Protection
Agency,

      Appellees

------------------------------

Inhance Technologies LLC,
          Intervenor

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 21, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes (to be divided with intervenor-appellee as the parties deem appropriate) |

The panel considering this case will consist of Circuit Judges Pillard and Walker, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 12, 2025.

### Per Curiam

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

BY:    /s/
          Michael C. McGrail
          Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)